NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES G. MARLOW, | No. C 11-01343 JF (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| WARDEN M. MARTEL, et al., | |
| Defendants. | |
| _____/ | (Docket No. 4) |

    Plaintiff, a California prisoner, filed this pro se civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff has filed a letter requesting to "withdraw" the action, (Docket No. 4), which the Court construes as a motion for voluntary dismissal. Good cause appearing, Plaintiff's motion for voluntary dismissal is GRANTED. See Fed. R. Civ. P. 41(a). This action is hereby DISMISSED.

    The Clerk shall terminate all pending motions and close the file.

    IT IS SO ORDERED.

DATED: 5/5/11

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.11\01343Marlow_dism-vol.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GREGORY MARLOW,<br><br>    Plaintiff,<br><br>  v.<br><br>WARDEN M. MARTEL, et al.,<br><br>    Defendants.<br>_____ / | Case Number: CV11-01343 JF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  5/19/11 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Gregory Marlow E-32700
CSP-San Quentin
CA State Prison at San Quentin
San Quentin, CA 94974

Dated:  5/19/11

                                    Richard W. Wieking, Clerk